**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                             **CRIMINAL ACTION NO. 4:05CR95**

**KEITH GARDNER**

## ORDER

This cause is before the Court on the defendant's Motion to Transfer [1215]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied inasmuch as the Court is without authority to grant defendant a transfer to another facility. Defendant should address his concerns to the appropriate Bureau of Prisons personnel. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion to Transfer [1215] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 6th day of January, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE